# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| JEFFREY MCBRIDE,<br><br>   Plaintiff,<br><br>v.<br><br>STOCKX LLC,<br><br>   Defendant. | Case No. 2:21-cv-11243-VAR-EAS<br><br>Hon. Victoria A. Roberts<br><br>Mag. Elizabeth A. Stafford |
| Kenneth J. Grunfeld<br>GOLOMB, SPIRT & GRUNFELD<br>Counsel for Plaintiff<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19102<br>215-985-9177<br>KGrunfeld@golomblegal.com | Jeffrey B. Morganroth (P41670)<br>Jeffrey M. Thomson (P72202)<br>MORGANROTH & MORGANROTH, PLLC<br>Co-counsel for Defendant<br>344 N. Old Woodward Ave., Suite 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>JMorganroth@morganrothlaw.com<br>JThomson@morganrothlaw.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Jeffrey McBride ("Plaintiff" or "McBride"), jointly with Defendant, StockX LLC ("Defendant" or "StockX"), by and through their undersigned counsel, hereby stipulate to dismiss this action in its entirety with prejudice.

NOW, THEREFORE, based upon the stipulation of the Parties:

IT IS ORDERED that the above-captioned matter shall be and hereby is dismissed with prejudice and without costs, interest or attorneys' fees to any party.

-2-

**This Order resolves the last pending claims and closes the case**.

Dated: 3/21/2022          S/ Victoria A. Roberts
                          Honorable Victoria A. Roberts
                          United States District Judge

**Stipulated to, this 18th day of March, 2022 by:**

/s/ *Kenneth J. Grunfeld*            /s/ *Jeffrey M. Thomson*
Kenneth J. Grunfeld                  Jeffrey M. Thomson
GOLOMB, SPIRT & GRUNFELD             Jeffrey B. Morganroth
1835 Market Street, Suite 2900       MORGANROTH & MORGANROTH,
Philadelphia, PA 19102               PLLC
215-985-9177                         344 North Old Woodward Ave.
KGrunfeld@golomblegal.com            Suite 200
                                     Birmingham, MI 48009
*Counsel for Plaintiff*              Tel: 248.864.4000
                                     jthomson@morganrothlaw.com
                                     jmorganroth@morganrothlaw.com

                                     *Counsel for Defendant*